In my opinion, its failure to request that relief in its brief does not warrant a conclusion that it has waived its right to it, particularly in a case like this where its right is so clear and the result of such alleged waiver so drastic as to defeat an entire cause of action whose dismissal was appealable and in fact appealed.

ELY LABA et al., Appellants, v. RICHARD CAREY, Respondent.— In

824

Hopkins, Acting P. J., Christ, Brennan and Benjamin, JJ., concur. Latham, J., dissents and votes to affirm the order and the judgment upon the opinion of Mr. Justice FRANK D. O'CONNOR at the Special Term.